LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOLENE HEACOCK, | Case No. EDCV 10-1625 JEM |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND EIGHT HUNDRED AND FORTY DOLLARS AND 00/100 ($2,840.00) subject to the terms of the stipulation.

DATE:  October 5, 2011    */s/John E. McDermott*_____
                                       HON.JOHN E. MCDERMOTT
                                       UNITED STATES MAGISTRATE JUDGE